No. 921, Misc. WILSON v. SCHNETTLER ET AL. Motion
for leave to proceed *in forma pauperis* and petition for
writ of certiorari to the United States Court of Appeals
for the Seventh Circuit granted. Case transferred to the
appellate docket. *Gerald W. Getty* for petitioner. *Solic-
itor General Rankin, Assistant Attorney General Wilkey,*

*Beatrice Rosenberg* and *Kirby W. Patterson* for the United States in opposition. 